■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAN D. DIETRICH, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), rendered July 13, 2006. The judgment convicted defendant, upon his plea of guilty, of tampering with public records in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Gorski, JJ.